IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINDA FORD, as the personal representative of the Estate of Bobby J. Ford, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | 8:18CV398<br><br>ORDER |

This matter comes before the Court on the parties' Stipulation for Dismissal (Filing No. 22) of this case with prejudice. The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to bear their own costs.

Dated this 17th day of August, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge